# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

United Nurses of Children's Hospital

V.

Rady Children's Hospital - San Diego

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   09cv2633-MMA (CAB)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court hereby grants Plaintiff's Motion to Compel Arbitration. Judgment to be entered in favor of Plaintiff.

| January 15, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ L. Hammer |
| | (By) Deputy Clerk |
| | ENTERED ON January 15, 2010 |

09cv2633-MMA (CAB)